470    SUPREME COURT OF INDIANA.

The Green River and Barren River Navigation Co. *v.* Marshall.

---

THE GREEN RIVER AND BARREN RIVER NAVIGATION CO. *v.* MARSHALL.

APPEAL from the Vanderburg Common Pleas.

PETTIT, J.—The transcript in this case is not paged, the lines numbered, nor is there any marginal notes on it as required by rule nineteen of this court; nor has the assignment of errors any names, appellant or appellee, to, in, or connected with it in any manner, as is required by rule first. For the failure to give the names of the parties in the assignment of errors, the appeal must be dismissed.

The appeal is dismissed, at the costs of the appellant.

*B. Hynes*, for appellant.

*A. Dyer*, for appellee.